**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __Indiana__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**

   CMA Logistics, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   CMA Freight Services, LLC

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 8824 Corporation Drive | 6550 E. 30th Street, Ste. 135 |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Indianapolis    IN    46256 | Indianapolis    IN    46219 |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Marion County | |
   | County | Number    Street |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor _____CMA Logistics, LLC_____    Case number (if known)_____
          Name

6. **Debtor's website** (URL)    http://www.cmalogistics.net

7. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the types of business listed.
   ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

        Debtor _____ Relationship _____
        District _____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

## Part 3:    Report About the Case

10. **Venue**

    Check one:
    ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    ☒ No
    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  CMA Logistics, LLC  
       Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Total Trade Transportation | Contract Transportation Services | $ 1,200.00 |
| Eagle Business Credit | Contract Transportation Services | $ 1,300.00 |
| LTE Trucking | Contract Transportation Services | $ 1,200.00 |
| | Total of petitioners' claims | $ 39,877.77 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Total Trade Transportation  
Name

c/o Alexander, Winton & Associates Inc.  
Number  Street

Olive Branch      MS       38654  
City              State    ZIP Code

Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc  
Name

11109 MS-178, Suite 101-102  
Number  Street

Olive Branch      MS       38654  
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2021  
MM / DD / YYYY

X _W Allen_____  
Signature of petitioner or representative, including representative's title

**Attorneys**

Eric Allan Koch  
Printed name

Koch McAuley & Bailey P.C.  
Firm name, if any

1720 N. Kinser Pike, Ste. 110  
Number  Street

Bloomington      Indiana      47404  
City             State        ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _[signature]_  
Signature of attorney

Date signed  05/03/2021  
MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor  CMA Logistics, LLC                                  Case number (if known)_____
        Name

### Name and mailing address of petitioner

Eagle Business Credit
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch          MS        38654
City                  State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch          MS        38654
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/03/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington           Indiana   47404
City                  State     ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number     14870-38

State          Indiana

X _____
Signature of attorney

Date signed   05/03/2021
              MM / DD / YYYY

---

### Name and mailing address of petitioner

LTE Trucking
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch          MS        38654
City                  State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch          MS        38654
City                  State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington           Indiana   47404
City                  State     ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number     14870-38

State          Indiana

X _____
Signature of attorney

Date signed   05/03/2021
              MM / DD / YYYY

---

Debtor  CMA Logistics, LLC
        Name

Case number (if known)_____

### Name and mailing address of petitioner

Batth Trucking
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch            MS        38654
City                    State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102.
Number    Street

Olive Branch            MS        38654
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

x _W_ _Allen_____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington            Indiana    47404
City                   State      ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

x _signature_
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Kamboj Express
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch            MS        38654
City                    State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch            MS        38654
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

x _W_ _Allen_____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington            Indiana    47404
City                   State      ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

x _signature_
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 5

Alexander, Winton & Associates Inc.

Debtor  CMA Logistics, LLC  
Name

Case number (if known) _____

### Name and mailing address of petitioner

Highway 65  
Name

c/o Alexander, Winton & Associates Inc.  
Number    Street

Olive Branch           MS         38654  
City                   State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc  
Name

11109 MS-178, Suite 101-102.  
Number    Street

Olive Branch           MS         38654  
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021  
            MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Eric Allan Koch  
Printed name

Koch McAuley & Bailey P.C.  
Firm name, if any

1720 N. Kinser Pike, Ste. 110  
Number    Street

Bloomington            Indiana    47404  
City                   State      ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _____  
Signature of attorney

Date signed  05/03/2021  
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Five Rivers Trucking  
Name

c/o Alexander, Winton & Associates Inc.  
Number    Street

Olive Branch           MS         38654  
City                   State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc  
Name

11109 MS-178, Suite 101-102  
Number    Street

Olive Branch           MS         38654  
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021  
            MM / DD / YYYY

X _____  
Signature of petitioner or representative, including representative's title

Eric Allan Koch  
Printed name

Koch McAuley & Bailey P.C.  
Firm name, if any

1720 N. Kinser Pike, Ste. 110  
Number    Street

Bloomington            Indiana    47404  
City                   State      ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _____  
Signature of attorney

Date signed  05/03/2021  
             MM / DD / YYYY

Debtor   CMA Logistics, LLC
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

Kappa Transport
Name

c/o Alexander, Winton & Associates Inc.
Number   Street

Olive Branch            MS        38654
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102.
Number   Street

Olive Branch            MS        38654
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/7/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number   Street

Bloomington             Indiana    47404
City                    State      ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number     14870-38

State          Indiana

X _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Nika Transportation
Name

c/o Alexander, Winton & Associates Inc.
Number   Street

Olive Branch            MS        38654
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102.
Number   Street

Olive Branch            MS        38654
City                    State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number   Street

Bloomington             Indiana    47404
City                    State      ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number     14870-38

State          Indiana

X _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

| Debtor | CMA Logistics, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### Name and mailing address of petitioner

**Name:** EAH Express

**Number Street:** c/o Alexander, Winton & Associates Inc.

**City:** Olive Branch   **State:** MS   **ZIP Code:** 38654

### Name and mailing address of petitioner's representative, if any

**Name:** Will Allen, Alexander, Winton & Associates Inc

**Number Street:** 11109 MS-178, Suite 101-102

**City:** Olive Branch   **State:** MS   **ZIP Code:** 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Eric Allan Koch

**Firm name, if any:** Koch McAuley & Bailey P.C.

**Number Street:** 1720 N. Kinser Pike, Ste. 110

**City:** Bloomington   **State:** Indiana   **ZIP Code:** 47404

**Contact phone:** 812-337-3120   **Email:** eric@lawkmb.com

**Bar number:** 14870-38

**State:** Indiana

X _____
Signature of attorney

Date signed  05 / 03 / 2021
         MM / DD / YYYY

---

### Name and mailing address of petitioner

**Name:** Jarrells Moving & Transport

**Number Street:** c/o Alexander, Winton & Associates Inc.

**City:** Olive Branch   **State:** MS   **ZIP Code:** 38654

### Name and mailing address of petitioner's representative, if any

**Name:** Will Allen, Alexander, Winton & Associates Inc

**Number Street:** 11109 MS-178, Suite 101-102

**City:** Olive Branch   **State:** MS   **ZIP Code:** 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Eric Allan Koch

**Firm name, if any:** Koch McAuley & Bailey P.C.

**Number Street:** 1720 N. Kinser Pike, Ste. 110

**City:** Bloomington   **State:** Indiana   **ZIP Code:** 47404

**Contact phone:** 812-337-3120   **Email:** eric@lawkmb.com

**Bar number:** 14870-38

**State:** Indiana

X _____
Signature of attorney

Date signed  05 / 03 / 2021
         MM / DD / YYYY

Debtor  CMA Logistics, LLC _____    Case number (if known) _____
        Name

### Name and mailing address of petitioner

**Name:** Easy & Quick Transport

**Number Street:** c/o Alexander, Winton & Associates Inc.

**City:** Olive Branch  **State:** MS  **ZIP Code:** 38654

### Name and mailing address of petitioner's representative, if any

**Name:** Will Allen, Alexander, Winton & Associates Inc

**Number Street:** 11109 MS-178, Suite 101-102

**City:** Olive Branch  **State:** MS  **ZIP Code:** 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
            MM / DD / YYYY

X _____[signature]_____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Eric Allan Koch

**Firm name, if any:** Koch McAuley & Bailey P.C.

**Number Street:** 1720 N. Kinser Pike, Ste. 110

**City:** Bloomington  **State:** Indiana  **ZIP Code:** 47404

**Contact phone:** 812-337-3120  **Email:** eric@lawkmb.com

**Bar number:** 14870-38

**State:** Indiana

X _____[signature]_____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

### Name and mailing address of petitioner

**Name:** Thunder Funding

**Number Street:** c/o Alexander, Winton & Associates Inc.

**City:** Olive Branch  **State:** MS  **ZIP Code:** 38654

### Name and mailing address of petitioner's representative, if any

**Name:** Will Allen, Alexander, Winton & Associates Inc

**Number Street:** 11109 MS-178, Suite 101-102

**City:** Olive Branch  **State:** MS  **ZIP Code:** 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
            MM / DD / YYYY

X _____[signature]_____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Eric Allan Koch

**Firm name, if any:** Koch McAuley & Bailey P.C.

**Number Street:** 1720 N. Kinser Pike, Ste. 110

**City:** Bloomington  **State:** Indiana  **ZIP Code:** 47404

**Contact phone:** 812-337-3120  **Email:** eric@lawkmb.com

**Bar number:** 14870-38

**State:** Indiana

X _____[signature]_____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

Debtor      CMA Logistics, LLC
            _____          Case number (if known)_____
            Name

### Name and mailing address of petitioner

Denis B. Trucking
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch          MS         38654
City                  State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch          MS         38654
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington           Indiana    47404
City                  State      ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number    14870-38

State         Indiana

X _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

### Name and mailing address of petitioner

IDS Transportation
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch          MS         38654
City                  State      ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch          MS         38654
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington           Indiana    47404
City                  State      ZIP Code

Contact phone  812-337-3120    Email  eric@lawkmb.com

Bar number    14870-38

State         Indiana

X _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

Official Form 205        Involuntary Petition Against a Non-Individual        page 10

Debtor　　CMA Logistics, LLC
　　　　　Name

Case number (if known)_____

### Name and mailing address of petitioner

Compass Funding Solutions
Name

c/o Alexander, Winton & Associates Inc.
Number　Street

Olive Branch　　　　MS　　38654
City　　　　　　　　State　ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number　Street

Olive Branch　　　　MS　　38654
City　　　　　　　　State　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
　　　　　　MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number　Street

Bloomington　　　　Indiana　　47404
City　　　　　　　　State　　　ZIP Code

Contact phone  812-337-3120  Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

x _____
Signature of attorney

Date signed  05/03/2021
　　　　　　MM / DD / YYYY

---

### Name and mailing address of petitioner

Integra Funding Solutions for JLA Rodriquez Enterprise LLC
Name

c/o Alexander, Winton & Associates Inc.
Number　Street

Olive Branch　　　　MS　　38654
City　　　　　　　　State　ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102.
Number　Street

Olive Branch　　　　MS　　38654
City　　　　　　　　State　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
　　　　　　MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number　Street

Bloomington　　　　Indiana　　47404
City　　　　　　　　State　　　ZIP Code

Contact phone  812-337-3120  Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

x _____
Signature of attorney

Date signed  05/03/2021
　　　　　　MM / DD / YYYY

Debtor  CMA Logistics, LLC                        Case number (if known)_____
        Name

### Name and mailing address of petitioner

Name: Integra Funding Solutions for Zemons Logistics LLC

Number Street: c/o Alexander, Winton & Associates Inc.

City: Olive Branch   State: MS   ZIP Code: 38654

### Name and mailing address of petitioner's representative, if any

Name: Will Allen, Alexander, Winton & Associates Inc

Number Street: 11109 MS-178, Suite 101-102.

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: Indiana   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

X _____
Signature of attorney

Date signed: 05/03/2021

---

### Name and mailing address of petitioner

Name: JD Factors for PGN Express Corp

Number Street: c/o Alexander, Winton & Associates Inc

City: Olive Branch   State: MS   ZIP Code: 38654

### Name and mailing address of petitioner's representative, if any

Name: Will Allan, Alexander, Winton & Associates, Inc

Number Street: 11109 MS-178, Suite 101-102

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: IN   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

X _____
Signature of attorney

Date signed: 05/03/2021

Debtor: CMA Logistics, LLC

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Alex Dream Express Inc.

Number Street: c/o Alexander, Winton & Associates Inc.

City: Olive Branch   State: MS   ZIP Code: 38654

**Name and mailing address of petitioner's representative, if any**

Name: Will Allen, Alexander, Winton & Associates Inc

Number Street: 11109 MS-178, Suite 101-102

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

x /s/ W. Allen
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: Indiana   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

x /s/ Eric Allan Koch
Signature of attorney

Date signed: 05/03/2021

---

**Name and mailing address of petitioner**

Name: AX Express

Number Street: c/o Alexander, Winton & Associates Inc.

City: Olive Branch   State: MS   ZIP Code: 38654

**Name and mailing address of petitioner's representative, if any**

Name: Will Allen, Alexander, Winton & Associates Inc

Number Street: 11109 MS-178, Suite 101-102

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

x /s/ W. Allen
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: Indiana   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

x /s/ Eric Allan Koch
Signature of attorney

Date signed: 05/03/2021

---

Debtor  CMA Logistics, LLC
        Name

Case number (if known) _____

### Name and mailing address of petitioner

NFL Logistics
Name

c/o Alexander, Winton & Associates Inc.
Number   Street

Olive Branch        MS        38654
City                State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number   Street

Olive Branch        MS        38654
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____/s/ W. Allen_____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number   Street

Bloomington         Indiana   47404
City                State     ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _____/s/ Eric Allan Koch_____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

### Name and mailing address of petitioner

MAG Carriers
Name

c/o Alexander, Winton & Associates Inc.
Number   Street

Olive Branch        MS        38654
City                State     ZIP Code

### Name and mailing address of petitioner's representative, if any

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number   Street

Olive Branch        MS        38654
City                State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
             MM / DD / YYYY

X _____/s/ W. Allen_____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number   Street

Bloomington         Indiana   47404
City                State     ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _____/s/ Eric Allan Koch_____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 14

Debtor  CMA Logistics, LLC          Case number (if known) _____

### Name and mailing address of petitioner

Name: Sodhi Tranport

Number Street: c/o Alexander, Winton & Associates Inc.

City: Olive Branch   State: MS   ZIP Code: 38654

### Name and mailing address of petitioner's representative, if any

Name: Will Allen, Alexander, Winton & Associates Inc

Number Street: 11109 MS-178, Suite 101-102.

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: Indiana   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

X _____
Signature of attorney

Date signed: 05/03/2021

---

### Name and mailing address of petitioner

Name: Minnesota Logistic

Number Street: c/o Alexander, Winton & Associates Inc.

City: Olive Branch   State: MS   ZIP Code: 38654

### Name and mailing address of petitioner's representative, if any

Name: Will Allen, Alexander, Winton & Associates Inc

Number Street: 11109 MS-178, Suite 101-102.

City: Olive Branch   State: MS   ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____
Signature of petitioner or representative, including representative's title

Printed name: Eric Allan Koch

Firm name, if any: Koch McAuley & Bailey P.C.

Number Street: 1720 N. Kinser Pike, Ste. 110

City: Bloomington   State: Indiana   ZIP Code: 47404

Contact phone: 812-337-3120   Email: eric@lawkmb.com

Bar number: 14870-38

State: Indiana

X _____
Signature of attorney

Date signed: 05/03/2021

Debtor    CMA Logistics, LLC                                   Case number (if known) _____
          Name

**Name and mailing address of petitioner**

Edulink Group
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch              MS           38654
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch              MS           38654
City                      State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021
             MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington               Indiana      47404
City                      State        ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State       Indiana

x _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Globe Transportation
Name

c/o Alexander, Winton & Associates Inc.
Number    Street

Olive Branch              MS           38654
City                      State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc
Name

11109 MS-178, Suite 101-102
Number    Street

Olive Branch              MS           38654
City                      State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5 / 3 / 2021
             MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Eric Allan Koch
Printed name

Koch McAuley & Bailey P.C.
Firm name, if any

1720 N. Kinser Pike, Ste. 110
Number    Street

Bloomington               Indiana      47404
City                      State        ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State       Indiana

x _____
Signature of attorney

Date signed  05/03/2021
             MM / DD / YYYY

Debtor: CMA Logistics, LLC

Case number (if known): _____

### Petitioner 1

**Name and mailing address of petitioner**

Name: JR Lines
Number/Street: c/o Alexander, Winton & Associates Inc.
City: Olive Branch  State: MS  ZIP Code: 38654

**Name and mailing address of petitioner's representative, if any**

Name: Will Allen, Alexander, Winton & Associates Inc
Number/Street: 11109 MS-178, Suite 101-102
City: Olive Branch  State: MS  ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____ (Signature of petitioner or representative, including representative's title)

**Attorney:**

Printed name: Eric Allan Koch
Firm name: Koch McAuley & Bailey P.C.
Number/Street: 1720 N. Kinser Pike, Ste. 110
City: Bloomington  State: Indiana  ZIP Code: 47404
Contact phone: 812-337-3120  Email: eric@lawkmb.com
Bar number: 14870-38
State: Indiana

X _____ (Signature of attorney)

Date signed: 05/03/2021

### Petitioner 2

**Name and mailing address of petitioner**

Name: U-Rock Logistics
Number/Street: c/o Alexander, Winton & Associates Inc.
City: Olive Branch  State: MS  ZIP Code: 38654

**Name and mailing address of petitioner's representative, if any**

Name: Will Allen, Alexander, Winton & Associates Inc
Number/Street: 11109 MS-178, Suite 101-102
City: Olive Branch  State: MS  ZIP Code: 38654

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/3/2021

X _____ (Signature of petitioner or representative, including representative's title)

**Attorney:**

Printed name: Eric Allan Koch
Firm name: Koch McAuley & Bailey P.C.
Number/Street: 1720 N. Kinser Pike, Ste. 110
City: Bloomington  State: Indiana  ZIP Code: 47404
Contact phone: 812-337-3120  Email: eric@lawkmb.com
Bar number: 14870-38
State: Indiana

X _____ (Signature of attorney)

Date signed: 05/03/2021

Debtor  CMA Logistics, LLC  
      Name

Case number (if known) _____

**Name and mailing address of petitioner**

Sandhu Transport, LLC  
Name

c/o Alexander, Winton & Associates Inc.  
Number   Street

Olive Branch | MS | 38654  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc  
Name

11109 MS-178, Suite 101-102.  
Number   Street

Olive Branch | MS | 38654  
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021  
       MM / DD / YYYY

X _[signature]_  
Signature of petitioner or representative, including representative's title

Eric Allan Koch  
Printed name

Koch McAuley & Bailey P.C.  
Firm name, if any

1720 N. Kinser Pike, Ste. 110  
Number   Street

Bloomington | Indiana | 47404  
City | State | ZIP Code

Contact phone  812-337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _[signature]_  
Signature of attorney

Date signed  05/03/2021  
       MM / DD / YYYY

---

**Name and mailing address of petitioner**

Sky Express LLC  
Name

c/o Alexander, Winton & Associates Inc.  
Number   Street

Olive Branch | MS | 38654  
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Will Allen, Alexander, Winton & Associates Inc.  
Name

11109 MS-178, Suite 101-102  
Number   Street

Olive Branch | MS | 38654  
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021  
       MM / DD / YYYY

X _[signature]_  
Signature of petitioner or representative, including representative's title

Eric Allan Koch  
Printed name

Koch McAuley & Bailey P.C.  
Firm name, if any

1720 N. Kinser Pike, Ste. 110  
Number   Street

Bloomington | Indiana | 47404  
City | State | ZIP Code

Contact phone  812- 337-3120   Email  eric@lawkmb.com

Bar number  14870-38

State  Indiana

X _[signature]_  
Signature of attorney

Date signed  05/03/2021  
       MM / DD / YYYY

Debtor: __CMA Logistics, LLC__   Case number *(if known)* _____
        Name

### 13. Each petitioner's claim – cont'd

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Batth Trucking | Contract Transportation Services | $ 650.00 |
| Kamboj Express | Contract Transportation Services | $ 1,450.00 |
| Highway 65 | Contract Transportation Services | $ 800.00 |
| Five Rivers Trucking | Contract Transportation Services | $ 775.00 |
| Kappa Transport | Contract Transportation Services | $ 2,222.50 |
| Nika Transportation | Contract Transportation Services | $ 1,000.00 |
| EAH Express LLC | Contract Transportation Services | $ 950.00 |
| Jarrells Moving & Transport Inc. | Contract Transportation Services | $ 400.00 |
| Easy & Quick Trans Inc. | Contract Transportation Services | $ 4,815.00 |
| Thunder Funding | Contract Transportation Services | $ 1,021.70 |
| Denis B Trucking | Contract Transportation Services | $ 522.00 |
| IDS Transportation | Contract Transportation Services | $ 1,522.50 |
| Compass Funding Solutions | Contract Transportation Services | $ 250.00 |
| Integra Funding Solutions for JLA Rodriguez Enterprise LLC | Contract Transportation Services | $ 650.00 |
| Integra Funding Solutions for Zemons Logistics LLC | Contract Transportation Services | $ 1,000.00 |
| JD Factors for PGN Express Corp. | Contract Transportation Services | $ 2,125.00 |
| Alex Dream Express Inc. | Contract Transportation Services | $ 1,304.30 |
| AX Express Inc. | Contract Transportation Services | $ 1,305.00 |
| NFL Logistics | Contract Transportation Services | $ 1,000.00 |
| MAG Carriers LLC | Contract Transportation Services | $ 3,840.00 |
| Sodhi Transport Inc. | Contract Transportation Services | $ 940.00 |
| Minnesota Logistics, LLC | Contract Transportation Services | $ 2,700.00 |
| Edulink Group, LLC | Contract Transportation Services | $ 1,000.00 |
| Globe Transportation Inc. | Contract Transportation Services | $ 300.00 |
| JR Lines | Contract Transportation Services | $ 1,400.00 |
| U-Rock Logistics | Contract Transportation Services | $ 434.77 |
| Sandhu Export, LLC | Contract Transportation Services | $ 900.00 |
| Sky Express, LLC | Contract Transportation Services | $ 900.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/3/2021
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  05/03/2021
           MM / DD / YYYY